UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VERNON MARTIN, | Case No.: 3:23-cv-00105-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TIM GARRET, | |
| Respondent. | |

Petitioner Vernon Martin commenced this federal habeas action on March 16, 2023. (ECF No. 1.) The Court appointed counsel for Martin, and Martin filed an unopposed motion for a stay. (ECF Nos. 4, 9, 10.) The Court granted the stay, instructing Martin to move to lift the stay within 45 days of the conclusion of his state court proceedings. (ECF No. 11.) Martin has now moved to reopen this matter, explaining that the Nevada Supreme Court issued its remittitur on February 3, 2026, signaling the conclusion of his state court proceedings. (ECF No. 15 ("Motion").)

It is therefore ordered that the Motion (ECF No. 15) is granted. The Clerk of the Court is kindly directed to reopen this matter and lift the stay.

It is further ordered that Martin has up to and including 90 days from the date of this Order to file his counseled amended petition. The remainder of the Scheduling Order (ECF No. 9) remains in effect.

DATED THIS 26th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE