UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VERNON MARTIN, Petitioner, v. TIM GARRETT, Respondent. | Case No. 3:23-cv-00105-MMD-CLB ORDER |

Respondent filed a motion for a 45-day extension of time to file his response to Petitioner Vernon Martin's first-amended petition. (ECF No. 23 ("Motion").) This is Respondent's first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 23) is granted. Respondent has up to and including October 1, 2026, to file his response.

DATED this 24th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE