UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

VERNON MARTIN,

Petitioner,

v.

TIM GARRETT,

Respondent.

Case No. 3:23-cv-00105-MMD-CLB

ORDER

Petitioner Vernon Martin filed an unopposed motion for a 60-day extension of time to file his opposition to the motion to dismiss. (ECF No. 35 ("Motion").) This is Martin's first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 35) is granted. Martin has up to and including December 12, 2026, to file his opposition.

DATED this 14th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE